IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**GERALD L. FERGUSON,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

No. 6:17-cv-01341-SB

ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d)

**MOSMAN, J.,**

    Based upon the parties' Stipulation [23], IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND ONE HUNDRED EIGHTY-THREE DOLLARS AND EIGHTY CENTS ($7,183.80). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), this award is subject to the United States Department of the Treasury's Offset Program. Any award shall be payable to Plaintiff, except that if the Commissioner determines that Plaintiff's award is not subject to the Treasury's Offset Program, the award shall be payable to Plaintiff's counsel: Harder, Wells, Baron & Manning, P.C. Payment shall be delivered to Plaintiff's counsel at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, OR 97401.

    DATED this 25th day of April, 2019.

                                                                MICHAEL W. MOSMAN
                                                                Chief United States District Judge

1 – ORDER